Will Lightning, defendant in error, v. Joseph Laboda, alias Frank Laboda, and Agnieska Laboda, plaintiffs in error. Gen. No. 31,976.

Opinion filed June 20, 1928.

Eugene L. McGarry, for plaintiffs in error. No appearance for defendant in error.

Mr. Justice Taylor delivered the opinion of the court.

Ferguson Coal Company, appellee, v. Harry Vehon and Argyle Building Corporation, appellants. Gen. No. 32,363.

Opinion filed June 20, 1928.

Hirsch, Chaikin & Bloch, for appellants. Cochrane & George, for appellee.

Mr. Justice Taylor delivered the opinion of the court.

Harvey H. Moller, appellee, v. Sears, Roebuck & Company and Sears, Roebuck & Company of Illinois, appellants. Gen. No. 32,302.

Opinion filed June 20, 1928.

Church, Haft, Robertson & Crowe, for appellants; Burt A. Crowe, of counsel. Aaron R. Eppstein, for appellee.

Mr. Justice Wilson delivered the opinion of the court.

Dora Eisenstein and Josephine Silverberg, appellees, v. George C. Adams et al., appellants. Gen. No. 32,331.

Opinion filed June 20, 1928. Rehearing denied July 5, 1928.

Adams & Baker, for appellants; J. N. Baker, of counsel. Perlman, Goodman & Scolnik, for appellees; Avern B. Scolnik, of counsel.

Mr. Justice Wilson delivered the opinion of the court.